UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:04-cr-259-PMP-PAL |
| ) | |
| vs. ) | |
| ) | |
| KIMALA KIMBLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#27) on February 16, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

**Name of Payee:** CA STUDENT AID COMMISSION

**Total Amount of Restitution Ordered:** $6,625.00

Dated this _2_ day of **August, 2016.**

_____
UNITED STATES DISTRICT JUDGE